Scott S. Christie
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444

Danielle L. Herritt
Kia L. Freeman
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
617-449-6538

*Attorneys for Defendant*
*BioDelivery Sciences International, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MONOSOL RX, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:17-cv-00246 BRM-DEA |
| | ) | |
| v. | ) | Motion Date: April 3, 2017 |
| | ) | |
| BIODELIVERY SCIENCES | ) | ORAL ARGUMENT |
| INTERNATIONAL, INC., | ) | REQUESTED |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S NOTICE OF MOTION TO DISMISS**

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Defendant BioDelivery Sciences International, Inc. ("BDSI") will move this Court at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, on April 3, 2017, before the Honorable Brian R. Martinotti, U.S.D.J., for entry of an Order granting BDSI's motion to dismiss.

**PLEASE TAKE FURTHER NOTICE** that BDSI will rely upon the memorandum, declarations, and exhibits submitted with this Notice of Motion and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting BDSI's motion is attached.

**PLEASE TAKE FURTHER NOTICE** that a oral argument is requested.

| | |
|---|---|
| Dated: March 1, 2017 | **McCarter & English, LLP** |
| | s/Scott S. Christie |
| | Scott S. Christie |
| | Four Gateway Center |
| | 100 Mulberry Street |
| | Newark, New Jersey 07102 |
| | 973-622-4444 |
| | |
| | Danielle L. Herritt |
| | Kia L. Freeman |
| | 265 Franklin Street |
| | Boston, Massachusetts 02110 |
| | 617-449-6538 |
| | |
| | *Attorneys for Defendant* |
| | *BioDelivery Sciences International, Inc.* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that true copies of the foregoing DEFENDANT'S NOTICE OF MOTION TO DISMISS and supporting documents were caused to be served on March 1, 2017 via email and/or the ECF system upon all counsel of record.

Dated:  March 1, 2017                **McCarter & English, LLP**

s/Scott S. Christie
Scott S. Christie
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444

Danielle L. Herritt
Kia L. Freeman
265 Franklin Street
Boston, Massachusetts 02110
617-449-6538

*Attorneys for Defendant*
*BioDelivery Sciences International, Inc.*