# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONOSOL RX, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>BIODELIVERY SCIENCES INTERNATIONAL, INC.,<br><br>                  Defendant. | Civil Action No. 17-01307-MSG-CJB |

## **DEFENDANT'S MOTION TO DISMISS**

Defendant Biodelivery Sciences International, Inc. ("BDSI") respectfully moves for an order, pursuant to Fed. R. Civ. P. 12(b), to dismiss patent infringement claims asserted by Plaintiff MonoSol Rx, LLC. The grounds for this Motion are set forth in BDSI's Memorandum of Law filed herewith.

| | |
|---|---|
| October 31, 2017 | MCCARTER & ENGLISH, LLP<br><br>*/s/ Brian R. Lemon*<br>Brian R. Lemon (DE Bar #4730)<br>MCCARTER & ENGLISH LLP<br>405 N. King Street<br>8th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6374<br>Fax: (302) 691-2911<br>blemon@mccarter.com<br><br>*Attorneys for Defendant*<br>*BioDelivery Sciences International, Inc.* |
| OF COUNSEL:<br><br>Kia L. Freeman<br>MCCARTER & ENGLISH LLP<br>265 Franklin Street<br>Boston, Massachusetts 02110<br>kfreeman@mccarter.com<br><br>Scott S. Christie<br>Ravin R. Patel<br>MCCARTER & ENGLISH LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>schristie@mccarter.com<br>rpatel@mccarter.com | |

1

ME1 25986810v.1

Case 5:18-cv-00514-D   Document 50   Filed 10/31/17   Page 1 of 1