

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CHAMBERS OF
MITCHELL S. GOLDBERG
JUDGE

UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106
(267) 299-7500

August 15, 2018

Counsel,

As you may already know, Judge Connolly and Judge Noreika both took the oath of office this week and will start receiving case assignments as of today. When I was enlisted as a visiting Delaware Judge, Chief Judge Stark provided the option whereby once I accepted a case it would be my decision whether to keep the case once the new judges to the Delaware District Court were confirmed.

I am writing to advise that, unless you are otherwise notified, I have elected to keep all Delaware cases that I have been assigned.

Very truly yours,

Mitchell S. Goldberg