IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO.: 5:18-cv-00514-D

| | |
|---|---|
| MONOSOL RX, LLC,<br>  Plaintiff<br><br>  v.<br><br>BIODELIVERY SCIENCES<br>INTERNATIONAL, INC.,<br>  Defendant | **ORDER GRANTING UNOPPOSED<br>MOTION TO REFLECT NAME<br>CHANGE** |

Plaintiff MonoSol Rx, LLC, now known as Aquestive Therapeutics, Inc., moved the Court for an order reflecting a name change from "MonoSol Rx, LLC" to "Aquestive Therapeutics, Inc." in this action. Defendants do not oppose the relief requested in the motion.

Upon consideration and for good cause, the Court **GRANTS** MonoSol's motion.

IT IS HEREBY ORDERED that the Motion to Reflect Name Change for Plaintiff is GRANTED.

SO ORDERED. This the **20** date of November 2018.

              _/s/ Dever_
              JAMES C. DEVER III
              United States District Judge