UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AQUESTIVE THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-514-D** |
| ) | |
| BIODELIVERY SCIENCES INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS BioDelivery's motion to dismiss for failure to state a claim [D.E. 79], DISMISSES without prejudice Aquestive's complaint, and DENIES AS MOOT BioDelivery's motion to stay [D.E. 83].

**This Judgment Filed and Entered on August 7, 2019, and Copies To:**

| | |
|---|---|
| E. Bradley Evans | (via CM/ECF electronic notification) |
| Joseph A. Schouten | (via CM/ECF electronic notification) |
| James F. Hibey | (via CM/ECF electronic notification) |
| Jamie Lucia | (via CM/ECF electronic notification) |
| Kia L. Freeman | (via CM/ECF electronic notification) |
| Lynne A. Borchers | (via CM/ECF electronic notification) |
| Peter D. Siddoway | (via CM/ECF electronic notification) |
| Thomas F. Foley | (via CM/ECF electronic notification) |
| Wyley S. Proctor | (via CM/ECF electronic notification) |

DATE:  
August 7, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk